UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVIN LUNDY, on behalf of himself
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                  CASE NO.: 8:19-cv-02202-WFJ-CPT

PALL CORPORATION,

    Defendant.
_____/

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

Name: _Alvin L. Lundy_

Address: _11622 Hammond Dr._

City: _Hudson_ State: _FL_ Zip: _34669_

Email: _alvinlundy378@gmail.com_

    1.    During the three years preceding the filing of this lawsuit, I was employed by Defendant. I consent and agree to pursue my claims in connection with the above-referenced lawsuit arising out my employment.

    2.    During the three years preceding the filing of this lawsuit, Defendant failed to pay me overtime for all hours worked in violation of the Fair Labor Standards Act ("FLSA").

    3.    I understand that this lawsuit is brought under the FLSA, 29 U.S.C. §201, *et seq*. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action. I hereby designate The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 and Prinity and Prinity, P.A., Suite A 3411 W. Fletcher Ave, Tampa, FL 33618 to represent me for all purposes in this action. I

agree to be bound by any settlement entered into by the Named Plaintiff and any judgment entered in this case.

Signature: *[signed]* Date: 11/11/19

**Return this form by mail, email, or fax to:**

**Mail:** The Law Office of Patrick K. Elliott, PLLC
**Attn:** Patrick Elliott
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
**Email:** elliottp@employmentandconsumerlaw.com
**Fax:** (813) 433-5126