**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALVIN LUNDY,

    Plaintiff,

v.                                                       Case No: 8:19-cv-2202-T-02CPT

PALL CORPORATION,

    Defendant.

_____/

**ORDER**

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Approval of Settlement Agreement and to dismiss the case with prejudice (Dkt. 24) is granted. The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A. The case is dismissed with prejudice. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 27, 2020.

                                               s/*William F. Jung*
                                               **WILLIAM F. JUNG**
                                               **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record